RUN DATE:07-JUL-2004 PAYMENT HISTORY Inquiry G



FOR: 2000Z00497 / 001

COURT NUMBER: 00-1799
DEBTOR: McGee, Kathleen
COLLECTION TYPE: WA
CURRENT BALANCE: $3,653.02

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | 14-FEB-2002 | OT | G | Data Listing Service | MN /2/092 | 37288 | $109.19 | 14-FEB-2002 |
| 0008 | PMNT | 14-FEB-2002 | OT | G | Data Listing Service | MN /2/092 | 37080 | $360.81 | 14-FEB-2002 |
| 0009 | PMNT | 13-MAR-2002 | OT | G | Data Listing Service | MN /2/111 | 37677 | $300.00 | 13-MAR-2002 |
| 0011 | PMNT | 01-APR-2002 | OT | G | Data Lisiting Serv. | MN /2/124 | 37948 | $300.00 | 01-APR-2002 |
| 0012 | PMNT | 01-MAY-2002 | OT | G | Data Listing Service | MN /2/144 | 38303 | $300.00 | 01-MAY-2002 |
| 0013 | PMNT | 26-JUN-2002 | OT | G | DATA LISTING SVC | MN /2/178 | 39035 | $450.00 | 26-JUN-2002 |
| 0014 | PMNT | 05-AUG-2002 | OT | G | DATA LISTING SVCS | MN /2/203 | 39527 | $450.00 | 05-AUG-2002 |
| 0015 | PMNT | 30-AUG-2002 | OT | G | Data Listing Service | MN /2/223 | 39754 | $200.00 | 30-AUG-2002 |
| 0016 | PMNT | 27-SEP-2002 | OT | G | Data Listing Service | MN /2/241 | 40062 | $200.00 | 27-SEP-2002 |
| 0017 | PMNT | 22-OCT-2002 | OT | G | Data Listing Service | MN /3/016 | 40389 | $200.00 | 22-OCT-2002 |
| 0018 | PMNT | 06-DEC-2002 | OT | G | DATA LISTING SVCS | MN /3/047 | 40971 | $300.00 | 06-DEC-2002 |
| 0019 | PMNT | 16-JAN-2003 | OT | G | Data Listing Service | MN /3/073 | 41404 | $200.00 | 16-JAN-2003 |
| 0020 | PMNT | 10-FEB-2003 | OT | G | Data Listing Service | MN /3/089 | 41721 | $100.00 | 10-FEB-2003 |
| 0023 | PMNT | 27-MAY-2003 | OT | G | DATA LISTING SVCS | MN /3/162 | 22800780 | $100.00 | 27-MAY-2003 |
| 0024 | PMNT | 06-JUN-2003 | OT | G | Data Listing Service | MN /3/170 | 23025184 | $100.00 | 06-JUN-2003 |
| 0025 | PMNT | 09-JUN-2003 | OT | G | Data Listing Service | MN /3/171 | 42851 | $300.00 | 09-JUN-2003 |
| 0026 | PMNT | 20-JUN-2003 | OT | Y | Data Listing service | MN /3/179 | 23254551 | $100.00 | 20-JUN-2003 |
| 0027 | PMNT | 07-JUL-2003 | GR | G | data listing service | MN /3/186 | 23478544 | $100.00 | 07-JUL-2003 |
| 0028 | PMNT | 18-JUL-2003 | GR | G | Data Listings Servc | MN /3/195 | 23703288 | $100.00 | 18-JUL-2003 |
| 0029 | PMNT | 01-AUG-2003 | GR | G | data listing srvs | MN /3/205 | 23927113 | $100.00 | 01-AUG-2003 |
| 0030 | PMNT | 18-AUG-2003 | GR | G | DATA LISTIN | MN /3/217 | 24162418 | $100.00 | 18-AUG-2003 |
| 0031 | PMNT | 29-AUG-2003 | GR | G | data listing | MN /3/225 | 24394724 | $100.00 | 29-AUG-2003 |
| 0032 | PMNT | 12-SEP-2003 | GR | G | Data Listing Service | MN /3/235 | 24628360 | $100.00 | 12-SEP-2003 |
| 0033 | PMNT | 26-SEP-2003 | GR | G | Data Listing Srvs | MN /3/245 | 24865582 | $100.00 | 26-SEP-2003 |
| 0034 | PMNT | 14-OCT-2003 | GR | G | Data Listing Service | MN /04/009 | 25108730 | $100.00 | 14-OCT-2003 |
| 0035 | PMNT | 04-NOV-2003 | GR | G | Data Listing Service | MN /04/024 | 2336 | $100.00 | 04-NOV-2003 |
| 0036 | PMNT | 21-NOV-2003 | GR | G | DATA LISTING SVCS | MN /04/038 | 3727 | $100.00 | 21-NOV-2003 |
| 0037 | PMNT | 24-NOV-2003 | GR | G | Data Listing Service | MN /04/039 | 2355 | $100.00 | 24-NOV-2003 |
| 0038 | PMNT | 28-NOV-2003 | GR | G | Data Listing Service | MN /04/043 | 4277 | $100.00 | 28-NOV-2003 |
| 0040 | PMNT | 12-DEC-2003 | GR | G | DATA LISTING SVCS | MN /04/054 | 4845 | $100.00 | 12-DEC-2003 |

RUN DATE:07-JUL-2004 PAYMENT HISTORY Inquiry G



FOR: 2000Z00497 / 001

COURT NUMBER: 00-1799
DEBTOR: McGee, Kathleen
COLLECTION TYPE: WA
CURRENT BALANCE: $3,653.02

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0041 | PMNT | 02-JAN-2004 | GR | G | Data Listing Service | MN /04/066 | 5423 | $100.00 | 02-JAN-2004 |
| 0042 | PMNT | 20-JAN-2004 | GR | G | Data Listing Service | MN /04/077 | 26761878 | $100.00 | 20-JAN-2004 |
| 0043 | PMNT | 02-FEB-2004 | GR | G | Data Listing Service | MN /04/086 | 26997182 | $100.00 | 02-FEB-2004 |
| 0044 | PMNT | 17-FEB-2004 | GR | G | DATA LISTINGS SVCS | MN /04/097 | 27233737 | $100.00 | 17-FEB-2004 |
| 0045 | PMNT | 01-MAR-2004 | GR | G | Data | MN /04/107 | 27473123 | $100.00 | 01-MAR-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $5,870.00

RUN DATE:07-JUL-2004 PAYMENT HISTORY Inquiry G
Page: 1

FOR: 2000Z00497 / 002

COURT NUMBER: 00-1799
DEBTOR: McGee, Kathleen
COLLECTION TYPE:
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | 14-FEB-2002 | OT | G | Data Listing Service | MN /2/092 | 37288 | $280.20 | 14-FEB-2002 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $280.20

RUN DATE:07-JUL-2004 PAYMENT HISTORY Inquiry G



FOR: 2000Z00497 / 003

COURT NUMBER: 00-1799
DEBTOR: McGee, Kathleen
COLLECTION TYPE:
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 14-FEB-2002 | OT | G | Data Listing Service | MN /2/092 | 37288 | $90.00 | 14-FEB-2002 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $90.00