UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1799 PAM

RECEIVED/1
2008 AUG 21 A 9:30
U.S. ATTORNEY
DIST. OF MINN.

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHLEEN S. MCGEE,

Defendant,

**GARNISHMENT STIPULATION**

The parties named above, the United States of America, plaintiff, and Kathleen S. McGee, defendant, hereby stipulate and agree that:

1. Defendant agrees that, as of August 7, 2008, the debt balance owed plaintiff by the defendant is $3,665.03 principal, interest in the amount of $63.12, plus costs. This debt continues to accrue postjudgment interest at a rate of 4.47% per annum.

2. Defendant agrees to pay the debt outlined above by voluntary continuing garnishment of her wages at the rate of $75.00 per weekly pay period until the judgment is paid in full.

Dated: August 26, 2008

FRANK J. MAGILL, JR.
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Dated:

Kathleen McGee

Kathleen S. McGee, pro se
Defendant