UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1799 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **GARNISHMENT ORDER** |
| ) | |
| KATHLEEN S. MCGEE,  ) | |
| ) | |
| Defendant,  ) | |
| ) | |
| HAMPSHIRE LABS,  ) | |
| ) | |
| Garnishee.  ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 5, 2008.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about August 7, 2008. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about August 5, 2008, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing. However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be reduced from 25% to a lesser

sum. The parties thereafter stipulated to a $75.00 per weekly pay period garnishment. A copy of their stipulation is on file with the Clerk of Court.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $75.00 of the debtor's weekly disposable earnings as they become due and owing, by sending a check or money order made payable to the "U.S. Department of Justice" in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full.

Dated: August 28, 2008

S/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court